UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
Richard D. Bennett
United States District Judge
Northern Division

U.S. Courthouse - Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177

August 12, 2014

**LETTER ORDER**

TO COUNSEL OF RECORD

RE: Christine Abbott v. Grishkot et al
Civil No. RDB-13-3530

Dear Counsel:

This letter will confirm the telephone conference of today. A Scheduling Order is being filed today setting a firm trial date of June 8, 2015. The Motion to Dismiss filed by the City of Baltimore (ECF#3) is now **DENIED** as MOOT as the Plaintiff involuntarily dismissed her claim against the city. The Motion to File an Amended Complaint (ECF#8) is **GRANTED** and the Defendants shall immediately file an answer.

Although informal in format, this letter nonetheless constitutes an order of court and the Clerk is directed to docket it as such.

Sincerely,

Richard D. Bennett
United States District Judge

RDB/brt