IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CHRISTINE ABBOTT             \*
                             \*
    *Plaintiff,*              \*       Civil Action No.:  1:13-cv-003530
                             \*
v.                           \*
                             \*
OFFICER GRISHKOT, *et al.*,  \*
                             \*
    *Defendants.*            \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

Defendants, Officers Lee Grishkot and Todd Edick, by their undersigned counsel, submit this Status Report and state as follows:

a. Defendants Grishkot and Edick do not make a request to modify the current scheduling order.

b. Defendants do not believe early settlement/ADR conference would be helpful.

c. Defendants estimate that roughly 30 hours of deposition time will be required for each of the sides.

d. Defendants do not consent to have a U.S. Magistrate Judge conduct a trial on the merits in this case.

e. Defendants do not believe there is any electronically stored information.

Dated: August 26, 2014

                                                                              /s/
                                          Michael Marshall

                                          /s/
                                          Chaz Ball
Schlachman, Belsky, & Weiner, P.A.
300 East Lombard Street
Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 685-2022
Fax: (410) 783-4771
mmarshall@sbwlaw.com
cball@sbwlaw.com
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Status Report was filed with the United States District Court for the District of Maryland by electric filing on August 26, 2014. All counsel of record are being served by the Court's electric filing system or by first-class mail, properly addressed and postage prepaid.

                                        /s/
                                      Chaz Ball