IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| CHRISTINE ABBOTT | * | |
| Plaintiff, | * | |
| v. | * | C.A. NO. 13-cv-3530 |
| OFFICER L. GRISHKOT, | * | |
| OFFICER T. EDICK | * | Demand for Jury Trial |
| Defendants, | * | |

**STATUS REPORT**

Plaintiff, by and through counsel, submits this Status Report and states as follows:

a. Plaintiff does not request to modify the current scheduling order.

b. Plaintiff does not believe early settlement/ADR conference will be helpful in this case.

c. Plaintiff estimates that roughly 30 hours of deposition time will be required for each party.

d. Plaintiff consents to having a U.S. Magistrate Judge conduct a trial on the merits in this case.

e. Plaintiff believes that there will be electronically stored information (ESI) in this case including but not limited to:

   a. E-mails

   b. MVS video tape of police cruisers involved in the incident

   c. Any applicable 911 recordings

   d. Any digital photographs and/or audio or video related to this incident

   e. Other ESI to be determined throughout discovery.

However, this information should be readily available for copying and production. If alternate procedures for obtaining this discovery are needed, the parties will informally resolve any ESI issues pursuant to this Court's Suggested Protocol for Discovery of Electronically Stored Information.

                                            **THE NORMAN LAW FIRM**

                                            _/s/ *Benjamin T. Gichner*_
                                            Benjamin T. Gichner, Esquire, Bar I.D. 801561
                                            Stephen P. Norman, Esquire, Bar I.D. 29202
                                            30838 Vines Creek Rd., Unit 3
                                            Dagsboro, Delaware  19939
                                            302-537-3788
                                            bgichner@TheNormanLawFirm.com

Date: August 26, 2014                           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of August, 2014, the following document was filed with the United States District Court for the District of Maryland by electronic filing.

**Plaintiff's Status Report**

All counsel of record are being served by the Court's electronic filing system.

Michael Marshall, Esq.
Chaz Ball, Esq.
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Suite 1100
Baltimore, Maryland 21202
(410) 685-2022
*Attorneys for Defendants Grishkot and Edick*

                                              /s/ Benjamin T. Gichner

                                              Benjamin T. Gichner, Esq.
                                              *Attorney for Plaintiff*