IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHRISTINE ABBOTT | * | |
| Plaintiff, | * | |
| v. | * | C.A. NO. 13-cv-3530 |
| OFFICER L. GRISHKOT, | * | |
| OFFICER T. EDICK | * | Demand for Jury Trial |
| Defendants, | * | |

## [PROPOSED] ORDER

HAVING CONSIDERED the Joint Motion of the Parties to Continue the Trial of this case, it is on this ___9th___ day of ___March___, 2015

HEREBY ORDERED that the Motion is GRANTED.

The trial of this case shall commence on Monday, September 14, 2015.

A Pretrial Conference shall take place on Wednesday, September 9, 2015, at 4:00 p.m.

_____
Judge, Richard D. Bennett
U.S. District Court, District of Maryland