

THE NORMAN LAW FIRM

A DIFFERENT KIND of LAW FIRM

www.thenormanlawfirm.com

March 16, 2015

Brent D. Schubert, Esquire
Assistant City Solicitor
Legal Affairs Division
Baltimore Police Department
100 N. Holiday Street
Baltimore, MD 21202

      Re:    **Christine Abbott v. Officer Grishkot, et al.**
              Civil Action No.: 1:13-cv-003530

Dear Mr. Schubert:

      Attached please find a copy of a subpoena served upon the City of Baltimore Police Department in September, 2014. To date we have received no information pursuant to the subpoena, nor have we received a timely Motion to Quash.

      Please immediately respond to this subpoena as time is now of the essence. Trial of this case is scheduled for September of this year. In the event that we do not hear from your office before the end of the month, we will seek the assistance of the Court in enforcing the subpoena.

                          Sincerely,

                          Stephen P. Norman, Esquire

SPN/erj

enclosure

DELAWARE
30838 Vines Creek Rd., Unit
Dagsboro, DE 19939
phone: 302. 537.3788