**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| CHRISTINE ABBOTT | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. NO. 13-cv-3530 |
| | * | |
| OFFICER L. GRISHKOT, | * | |
| | * | |
| OFFICER T. EDICK | * | Demand for Jury Trial |
| | * | |
| Defendants, | * | |

**JOINT STATUS REPORT**

The Parties, by and through counsel, jointly submit this Status Report and states as follows:

This Status Report is untimely, as the parties unintentionally neglected the instruction in the Court's initial Scheduling Order which required them to file this Status Report upon the closure of discovery. With that stated, the parties have been actively preparing the case for trial, and hope that their collective oversight will not result in a delay in the trial of this case.

a. Discovery is substantially complete. The parties have documents to exchange which are supplementary in nature. All required depositions have been taken. Discovery has been sought from a third party, and remains incomplete. This will be addressed in subsection "b.", below.

b.  A Motion to Quash Subpoena was filed by the City of Baltimore (a non-party), against Plaintiff.  Plaintiff filed a written Response.  This Motion represents the only outstanding item to be resolved at the present time.

c.  No dispositive pretrial motions are anticipated.

d.  This matter is scheduled for trial by jury.  It is anticipated that trial will be completed within five (5) days.

e.  The parties have met to formally discuss settlement.  A written settlement demand has been sent from Plaintiff to Defendants.  Counsel for the parties met on July 13, 2015.  In attendance were:  Stephen P. Norman, Esquire (counsel for Plaintiff), and Michael Marshall (counsel for Defendants).  It was after this meeting that Plaintiff submitted her written demand for settlement.  Counsel for Defendants intends to present the matter before the Settlement Committee for Baltimore City on August 11, 2015.

f.  The parties believe that an immediate referral for the purpose of a settlement conference would be helpful.

g.  The matter has been scheduled for jury trial on the calendar of Judge Bennett.

**THE NORMAN LAW FIRM**

*/s/ Stephen P. Norman*_____
Stephen P. Norman, Esquire, Bar I.D. 29202
30838 Vines Creek Rd., Unit 3
Dagsboro, Delaware  19939
302-537-3788
snorman@TheNormanLawFirm.com
*Attorney for Plaintiff*

Date: July 29, 2015

*/s/ Michael Marshall*_____
Michael Marshall, Esq.
Chaz Ball, Esq.
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Suite 1100
Baltimore, Maryland 21202

(410) 685-2022
*Attorneys for Defendants Grishkot and Edick*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>29th day of July, 2015</u>, the following document was

filed with the United States District Court for the District of Maryland by electronic filing.

### Joint Status Status Report

All counsel of record are being served by the Court's electronic filing system.

Michael Marshall, Esq.
Chaz Ball, Esq.
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Suite 1100
Baltimore, Maryland 21202
(410) 685-2022
*Attorneys for Defendants Grishkot and Edick*

<u> /s/ **Stephen P. Norman**_____</u>
Stephen P. Norman, Esq.
*Attorney for Plaintiff*